1  SHANNON L. GUSTAFSON (SBN 228856)
   sgustafson@lynberg.com
2  AMY R. MARGOLIES (SBN 283471)
   amargolies@lynberg.com
3  ANITA K. CLARKE (SBN 321015)
   aclarke@lynberg.com
4  **LYNBERG & WATKINS**
   A Professional Corporation
5  1100 W. Town & Country Road, Suite #1450
   Orange, California 92868
6  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
7
8  Attorneys for Defendant, COUNTY OF SAN BERNARDINO

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA

11 JAMES WRIGHT,

| | |
|---|---|
| Plaintiff, | CASE NO. 5:24-cv-1123-JLS-JC |
| | *Assigned for All Purposes to: Honorable Josephine L. Staton* |
| vs. | *Courtroom 8A* |
| CITY OF SAN BERNARDINO; and DOES 1-10, inclusive, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| Defendants. | *Complaint filed: 5/28/24* |

This stipulation is being filed pursuant to Local Rule 8-3 to inform the Court of the extension of time granted for Defendant COUNTY OF SAN BERNARDINO, ("Defendant"), to respond to Plaintiff JAMES WRIGHT's ("Plaintiff"), Complaint (Dkt. 1).

Plaintiff served his initial Complaint on Defendant COUNTY OF SAN BERNARDINO on June 21, 2024. Defendant County's responsive pleading is due July 12, 2024. The parties have stipulated that Defendant County may have an extension until August 9, 2024, to file a responsive pleading to Plaintiff's initial

1
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint (Dkt. 1).  This extension is within the automatic thirty-day extension period permitted by Local Rule 8-3.

DATED:  July 8, 2022

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Anita K. Clarke*
**SHANNON L. GUSTAFSON**
**ANITA K. CLARKE**
**AMY R. MARGOLIES**
Attorneys for Defendant,
COUNTY OF SAN BERNARDINO

DATED:  July 8, 2024

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Hang Le*
**DALE K. GALIPO**
**HANG LE**
Attorneys for Plaintiff
JAMES WRIGHT

I certify that all parties to this document have consented to its filing and to the language contained herein and have authorized the undersigned to affix their electronic signatures.

DATED:  July 8, 2024

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Anita K. Clarke*
**SHANNON L. GUSTAFSON**
**AMY R. MARGOLIES**
**ANITA K. CLARKE**
Attorneys for Defendant