# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:24-cv-1123-JLS-JC<br><br>*Assigned for All Purposes to: Honorable Josephine L. Staton*<br><br>*Courtroom 8A*<br><br>**[PROPOSED] ORDER GRANTING COUNTY OF SAN BERNARDINO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:　　October 11, 2024<br>Time:　　10:30 a.m.<br>Dept.:　　8A<br><br>*Complaint filed: 5/28/24* |

## [PROPOSED] ORDER

Defendant COUNTY OF SAN BERNARDINO'S Motion to Dismiss Plaintiff's First Amended Complaint, came on for hearing before this Court on October 11, 2024. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefore, the Court rules as follows:

Defendant's Motion is GRANTED.

1. Plaintiff's Fourth Claim for "Municipal Liability – Ratification (42 U.S.C. 1983)" is dismissed against Defendant County of San Bernardino because it fails to state a claim upon which relief can be granted.

2. Plaintiff's Fifth Claim for "Municipal Liability – Failure to Train (42 U.S.C. 1983)" is dismissed against Defendant County of San Bernardino because it fails to state a claim upon which relief can be granted.

3. Plaintiff's Sixth Claim for "Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. 1983)" is dismissed against Defendant County of San Bernardino because it fails to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

DATED:

                                       **HON. JOSEPHINE L. STATON**
                                       United States District Court Judge