1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Hang D. Le, Esq. (SBN 293450)
3  hlee@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA  91367
   Telephone:  (818) 347-3333
5  Facsimile:   (818) 347-4118

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| JAMES WRIGHT, | Case No. 5:24-cv-01123-JLS-JC |
|---|---|
| Plaintiff, | *Honorable Josephine L. Staton*<br>*Hon. Mag. Judge Jacqueline Chooljian* |
| vs. | |
| COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive, | **NOTICE OF ERRATA RE FIRST AMENDED COMPLAINT** |
| Defendants. | |

-1-
NOTICE OF ERRATA

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff James Wright hereby submits this Notice of Errata regarding Plaintiff's First Amended Complaint (Doc. No. 14). Plaintiff seeks to correct the date in paragraph 17 of the First Amended Complaint. Paragraph 17 of the Complaint currently reads, "On June 7, 2021, Plaintiff WRIGHT was driving his vehicle when DOE DEPUTIES initiated a traffic stop…" Plaintiff seeks to correct the date from "June 7, 2021" to "June 7, 2022." The correct date is also reflected in another portion of the First Amended Complaint. (*See* FAC ¶ 1.)

Plaintiff apologizes for any inconvenience that this may have caused the Court and all other parties.

Respectfully submitted,

DATED:  September 20, 2024          LAW OFFICES OF DALE K. GALIPO

                                    By_____/s/ Hang D. Le_____
                                        Dale K. Galipo
                                        Hang D. Le
                                        Attorneys for Plaintiff