SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
ANITA K. CLARKE (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 5:24-cv-1123-JLS-JC<br><br>*Assigned for All Purposes to: Honorable Josephine L. Staton*<br><br>*Courtroom 8A*<br><br>**DECLARATION OF ANITA K. CLARKE, ESQ. IN SUPPORT OF COUNTY OF SAN BERNARDINO'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: December 27, 2024<br>Time: 10:30 a.m.<br>Dept.: 8A<br><br>*Complaint filed: 5/28/24*<br>*FAC filed: 07/29/24*<br>*SAC filed: 11/7/24* |

---

1
**DECLARATION OF ANITA K. CLARKE, ESQ.**

**DECLARATION OF ANITA K. CLARKE**

I, Anita K. Clarke, declare as follows:

1. I am an attorney at law duly authorized to practice before this Court and am an associate with Lynberg & Watkins, attorneys for Defendant County of San Bernardino in this action. I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so.

1. On May 28, 2024, Plaintiff filed his Complaint for Damages. (Dkt. 1). The County of San Bernardino was served with the Complaint on June 21, 2024. (Dkt. 10). On July 2, 2024, defense counsel sent Plaintiff's counsel a meet and confer letter pursuant to Local Rule 7-3 detailing the deficiencies in Plaintiff's Monell claims (claims four, five, and six). On July 8, 2024, counsel for the parties met and conferred telephonically regarding the letter defense counsel sent concerning deficiencies in Plaintiff's Complaint.

2. As a result of the meet and confer efforts, Plaintiff filed his First Amended Complaint on July 29, 2024. (Dkt. 14). Pursuant to Local Rule 7-3, Defense again sent a meet and confer letter, substantially the same as the first meet and confer letter, to Plaintiff's counsel on July 31, 2024, regarding the deficiencies in his Fourth, Fifth, and Sixth claims for Monell liability. Counsel for the parties met and conferred telephonically on August 5, 2024 and the parties reached an impasse, which resulted in Defendant's first Motion to Dismiss. (Dkt. 15). Plaintiff filed his Opposition on September 20, 2024. (Dkt. 17). The Court granted the Defendant's Motion to Dismiss and dismissed Plaintiff's Fourth, Fifth, and Sixth claims with leave to amend. (Dkt. 20).

3. On November 7, 2024, Plaintiff filed his Second Amended Complaint. (Dkt. 21). Plaintiff omitted his claim for Municipal Liability – Ratification but his

Second Amended Complaint alleged claims for Municipal Liability under an Inadequate Training theory (Fourth Claim) and under an unconstitutional custom or policy theory (Fifth Claim).  On November 14, 2024, Defense counsel sent a meet and confer letter to Plaintiff's counsel regarding the deficiencies in these claims.  That same day, counsel conferred telephonically and reached an impasse.  This motion to dismiss followed.

      4.  Plaintiff made minimal changes between the First Amended Complaint and the Second Amended Complaint, specifically in the Monell Claims (Fourth and Fifth Claims in SAC).  Attached as Exhibit A is a true and accurate copy of the SAC (Dkt. 21), with the amendments Plaintiff made to the Monell Inadequate Training (fourth claim) and Monell Unconstitutional Custom or Policy (fifth claim) highlighted by defense counsel.

      I declare under penalty of perjury under the laws of the State of California that the above statement is true and correct.  Executed this 21 day of November 2024, in Orange, California.

                    */s/ Anita K. Clarke*
                    **DECLARANT**
                    **ANITA K. CLARKE**