# EXHIBIT A
# PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

**CASE NAME:**

**CASE NO:**

| Matter | Deadline | Plaintiff(s) Request | Defendant(s) Request |
|---|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus 8 weeks | 5/9/2025 | 5/9/2025 |
| Fact Discovery Cut-Off | Depending on case complexity, generally a Friday between 6-9 months after the Scheduling Conference | 12/26/2025 | 12/26/2025 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | 2 weeks after Fact Discovery Cut-Off | 1/9/2026 | 1/9/2026 |
| Last Day to Serve Initial Expert Reports | 2 weeks after Fact Discovery Cut-Off | 1/9/2026 | 1/9/2026 |
| Last Day to Serve Rebuttal Expert Reports | 6 weeks after Fact Discovery Cut-Off | 1/27/2026 | 1/27/2026 |
| Last Day to Conduct Settlement Proceedings | 9 weeks after Fact Discovery Cut-Off | 2/9/2026 | 2/9/2026 |
| Expert Discovery Cut-Off | 10 weeks after Fact Discovery Cut-Off | 3/6/2026 | 3/6/2026 |
| Last Day to file *Daubert* Motions: | 1 week after Expert Discovery Cut-Off | 3/13/2026 | 3/13/2026 |
| Last Day to File Motions in Limine: | 4 weeks before the FPTC | 5/1/2026 | 5/1/2026 |
| Final Pre-Trial Conference **(Friday at 10:30 a.m.)** | 22 weeks after Fact Discovery Cut-Off | 5/29/2026 | 5/29/2026 |
| **Revised: September 19, 2023** | | | |