_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:24-cv-01123-JLS-JC                                                  Date: March 14, 2025
Title: James Wright v. County of San Bernardino et al

_____

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Kelly Davis   |   N/A   |
|   Deputy Clerk   |   Court Reporter   |

Attorneys Present for Plaintiff:                          Attorneys Present for Defendant:

Not Present                                                          Not Present

**Proceedings:**          **(IN CHAMBERS) SCHEDULING ORDER**

 The Court has received and reviewed the parties' Joint Rule 26(f) Report. (Doc. 30.)  The Scheduling Conference has been vacated, and the Court sets the following schedule.

 Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.  Generally, motions should, at the time of filing, be noticed for hearing on the Court's first available motions hearing date.  (*See* http://www.cacd.uscourts.gov/honorable-josephine-l-staton) (showing closed civil motions hearing dates); *see also* Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

 To conform with the Court's presumptive schedule, the schedule set forth below may have been adjusted from that proposed by the parties.  (*See* Order Setting Scheduling Conference at 2.)  These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  *See* Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

 The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:24-cv-01123-JLS-JC　　　　　　　　　　　　　Date: March 14, 2025
Title: James Wright v. County of San Bernardino et al

| | |
|---|---:|
| Last Day to File a Motion to Add Parties or Amend Pleadings: | **May 9, 2025** |
| Fact Discovery Cutoff: | **December 26, 2025** |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | **January 9, 2026** |
| Last Day to Serve Initial Expert Reports: | **January 9, 2026** |
| Last Day to Serve Rebuttal Expert Reports: | **January 27, 2026** |
| Last Day to Conduct Settlement Proceedings: | **February 9, 2026** |
| Expert Discovery Cutoff: | **March 6, 2026** |
| Last Day to File Daubert Motions: | **March 13, 2026** |
| Last Day to File Motions in Limine | **May 1, 2026** |
| Final Pretrial Conference (10:30 a.m.): | **May 29, 2026** |
| Preliminary Trial Estimate:[1] | **5-7 days** |

　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk:  kd

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.