Dale K. Galipo; Hang D. Le
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818) 347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

James Wright

Plaintiff(s)

v.

County of San Bernardino, et al.

Defendant(s).

CASE NUMBER:

5:24−cv−01123−JLS−JC

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _____Richard Copeland_____ may serve as the Panel Mediator in the above-captioned case. _____Hang Le_____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: 4/9/2025

/s/ Hang D. Le
Attorney For Plaintiff   James Wright

Dated:

_____
Attorney For Plaintiff

Dated: 4/9/2025

/s/ Edward J. Southcott
Attorney For Defendant   County of San Bernardino

Dated:

_____
Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)                    STIPULATION REGARDING SELECTION OF PANEL MEDIATOR