**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff James Wright

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>            Plaintiff,<br>     vs.<br><br>COUNTY OF SAN BERNARDINO;<br>and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01123-JLS-JC<br><br>*Hon. Josephine L. Staton*<br><br><br>**STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |

**<u>TO THE HONORABLE COURT</u>**:

Plaintiff James Wright and Defendant County of San Bernardino, by and through their respective attorneys of record, hereby stipulate as follows:

1.  Plaintiff filed the operative complaint, the Second Amended Complaint, in this action on November 7, 2024 (Doc. No. 21), alleging that San Bernardino County Sheriff's Deputies were involved in the unreasonable detention, arrest, and use of force against Plaintiff. At the time Plaintiff filed his Second Amended Complaint, he did not know the identities of the involved sheriff's deputies.

2.  After the complaint was filed, Plaintiff's counsel was able to ascertain the identities of the involved officers in this incident through County Defendant's initial disclosures.

3.  The parties have met and conferred and agree that good cause exists to request an order granting Plaintiff leave to file a Third Amended Complaint.

4.  Specifically, Plaintiff seeks to file a Third Amended Complaint to name Travis Esquivel as Doe 1, Alejandro Quezada as Doe 2, Sergio Ramirez as Doe 3, Aminidad Quezada as Doe 4, Francisco Demara as Doe 5, Deshaun Jones as Doe 6, Cameron Stanley as Doe 7, and Garrett Vairin as Doe 8.

5.  The Third Amended Complaint shall serve as the operative complaint in the above-referenced litigation. A redlined version of the First Amended Complaint is attached hereto as Exhibit "A", pursuant to Local Rule 15 and this Court's Initial Standing Order. Plaintiff shall file his Third Amended Complaint no later than seven (7) days after the date of the Court's Order approving this stipulation. Defendants' response to Plaintiff's First Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.

//
//
//
//

1  IT IS SO STIPULATED.

2  DATED:  April 25, 2025              LAW OFFICES OF DALE K. GALIPO

3

4                                      By _____*/s/ Hang D. Le*_____

5                                         Dale K. Galipo
                                          Hang D. Le
6                                         Attorneys for Plaintiff

7

8

9

10

11 DATED:  April 25, 2025              LYNBERG & WATKINS

12

13                                     By _____*/s/ Edward J. Southcott*_____

14                                        Shannon L. Gustafson
                                          Amy R. Margolies
15                                        Edward J. Southcott
                                          Attorneys for Defendant
16                                        COUNTY OF SAN BERNARDINO

17

18

19 *The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose

20 behalf the filing is submitted, concur with the filing's content and have authorized the

21 filing.

22

23

24

25

26

27

28