**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff James Wright

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>            Plaintiff,<br>     vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 5:24-cv-01123-JLS-JC<br><br>*Hon. Josephine L. Staton*<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |

## **[PROPOSED] ORDER**

Having review the parties' Stipulation for Order Granting Leave for Plaintiff to File Third Amended Complaint and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiff is granted leave to file a Third Amended Complaint.
2. Plaintiff shall file his Third Amended Complaint no later than seven (7) days after the date of this Order. Defendants' response to Plaintiff's First Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.

IT IS SO ORDERED.

Dated: _____

Honorable Josephine L. Staton
United States District Judge