UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO;<br>and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01123-JLS-JC<br><br>**ORDER APPROVING STIPULATION FOR ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT** (Doc. 38) |

1         Having reviewed the parties' Stipulation for Order Granting Leave for Plaintiff

2    to File Third Amended Complaint (Doc. 38), and finding good cause therein, the

3    Court HEREBY ORDERS as follows:

4         1.     Plaintiff is granted leave to file a Third Amended Complaint; and

5         2.     Plaintiff shall file his Third Amended Complaint no later than **seven (7)**

6    **days** after the date of this Order.  Defendants' response to Plaintiff's Third Amended

7    Complaint shall be served and filed no later than twenty-one (21) days after the date

8    of service.

9

10    Dated: April 30, 2025

11                               HON. JOSEPHINE L. STATON
                           UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2