AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JAMES WRIGHT,<br><br>*Plaintiff(s)*<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; TRAVIS ESQUIVEL; ALEJANDRO QUEZADA; SERGIO RAMIREZ; AMINIDAB QUEZADA; FRANCISCO DEMARA; DESHAUN JONES; CAMERON STANLEY; GARRETT VAIRIN; and DOES 9-10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 5:24-cv-01123-JLS-JC |

**SUMMONS IN A CIVIL ACTION**
**THIRD AMENDED COMPLAINT**

To: *(Defendant's name and address)* COUNTY OF SAN BERNARDINO; TRAVIS ESQUIVEL; ALEJANDRO QUEZADA; SERGIO RAMIREZ; AMINIDAB QUEZADA; FRANCISCO DEMARA; DESHAUN JONES; CAMERON STANLEY; GARRETT VAIRIN; and DOES 9-10, inclusive,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074) dalekgalipo@yahoo.com
Hang D. Le, Esq. (SBN 293450) hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone: (818) 347-3333 Facsimile: (818) 347-4118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-01123-JLS-JC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: