**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff James Wright*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-01123-JLS-JC<br>*Hon. Josephine L. Staton*<br><br>**PROOF OF SERVICE OF SUMMONS AND THIRD AMENDED COMPALINT** |

**TO THIS HONORABLE COURT:**

　　In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiff hereby submits his proof of service of the Third Amended Complaint, Summons, and other documents on Defendant Cameron Stanley (attached hereto as Exhibit "A").

DATED: May 28, 2025　　　　　　　LAW OFFICES OF DALE K. GALIPO

　　　　　　　　　　　　　　　　　　By */s/ Dale K. Galipo*
　　　　　　　　　　　　　　　　　　　Dale K. Galipo
　　　　　　　　　　　　　　　　　　　Hang D. Le
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

# Exhibit A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> Hang D. Le (SBN 293450) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS <br> ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: JAMES WRIGHT | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COUNTY OF SAN BERNARDINO, et al. | 5:24-cv-01123-JLS-JC |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 2450766KA |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SUMMONS IN A CIVIL ACTION THIRD AMENDED COMPLAINT; THIRD AMENDED COMPLAINT FOR DAMAGES;  NOTICE OF ASSIGNMENT OF PANEL MEDIATOR; CIVIL TRIAL ORDER; INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CERTIFICATION AND NOTICE OF INTRESTED PARTIES**
3. a. Party served *(specify name of party as shown on documents served)*:
   **CAMERON STANLEY**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Sandra C., Office Specialist, authorized person to accept service of process**
   (Caucasian, Female ,52 yrs old, 5'9, Blue eyes, Blonde Hair)
4. Address where the party was served: **San Bernardino County Sheriff's Department**
   **655 East 3rd Street**
   **San Bernardino, CA 92408**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **5/23/2025**   (2) at *(time)*: **1:50 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> POS010-1/2450766 |
|---|---|---|

Case 5:24-cv-01123-JLS-JC   Document 45   Filed 05/28/25   Page 4 of 4   Page ID #:431

| Plaintiff: JAMES WRIGHT | CASE NUMBER: |
|---|---|
| Defendant: COUNTY OF SAN BERNARDINO, et al. | 5:24-cv-01123-JLS-JC |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1) on *(date):*                                    (2) from *(city):*

     (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

     (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **CAMERON STANLEY**
       under the following Code of Civil Procedure section:

       ☐ 416.10 (corporation)                   ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
                                                           ☑ other: **FRCP (4)(i)(3)**

7. **Person who served papers**
   a. Name: **Justin McIntosh - Ace Attorney Service, Inc.**
   b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 91.00**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner     ☑ employee     ☐ independent contractor.
        (ii) Registration No.: **3006**
        (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
     or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/28/2025**

        **Justin McIntosh**                   ▶          *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (Signature - Per CC §1633.7)