1  SHANNON L. GUSTAFSON (SBN 228856)
   sgustafson@lynberg.com
2  EDWARD J. SOUTHCOTT (SBN 305701)
   esouthcott@lynberg.com
3  AYAKO W. PETERS (SBN 312156)
   apeters@lynberg.com
4  **LYNBERG & WATKINS**
   A Professional Corporation
5  1100 W. Town & Country Road, Suite 1450
   Orange, California 92868
6  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
7
   Attorneys for Defendants COUNTY OF SAN BERNARDINO, GARRETT
8  VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ,
   FRANCISCO DEMARA, AMINIDAB QUEZADA; TRAVIS ESQUIVEL and
9  ALEJANDRO QUEZADA

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12  JAMES WRIGHT,                          | CASE NO. 5:24-cv-1123-JLS-JC

13              Plaintiff,                   | *Assigned for All Purposes to:*
                                             | *Honorable Josephine L. Staton*
14      vs.                                  | *Courtroom 8A*

15  COUNTY OF SAN BERNARDINO,                | **FIRST STIPULATION OF THE**
    GARRETT VAIRIN, DESHAUN                  | **PARTIES TO MODIFY THE**
16  JONES, CAMERON STANLEY,                  | **SCHEDULING ORDER AS TO THE**
    SERGIO RAMIREZ, FRANCISCO                | **REBUTTAL EXPERT REPORTS**
17  DEMARA, AMINIDAB QUEZADA,                | **ONLY**
    ALEJANDRO QUEZADA, and
18  TRAVIS ESQUIVEL                          | Current Date: January 27, 2026
                                             | New Date:    February 13, 2026
19              Defendants.

20                                           | *Trial: None Set*

21                                           | *Complaint Filed: May 28, 2024*
                                             | *FAC Filed:       July 29, 2024*
22                                           | *SAC Filed:       November 7, 2024*
                                             | *TAC Filed:       May 7, 2025*

23

24  ///

25  ///

26  ///

27  ///

28

**1**

**FIRST STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER AS
TO THE REBUTTAL EXPERT REPORTS ONLY**

1

## <u>STIPULATION</u>

2    Plaintiff JAMES WRIGHT by and through his undersigned counsel, and

3    Defendants COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN

4    JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA,

5    AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL

6    (collectively "County Defendants"), by and through their undersigned counsel,

7    hereby stipulate for good cause that the Court's Scheduling Order issued on March

8    14, 2025 (Dkt. 33) be modified so that the Rebuttal Expert Reports date be changed

9    from January 27, 2026 to February 13, 2026 to accommodate the unavailability of

10    Defendants' expert witness.  Good Cause exists for this request as follows:

11    1)  On March 14, 2025 this Court issued a Scheduling Order setting forth:

12    Last Day to File a Motion to Add Parties or Amend Pleadings: **May 9, 2025**

13    Fact Discovery Cutoff: **December 26, 2025**

14    Last Day to File Motions (Excluding Daubert Motions and all other

15    Motions in Limine): **January 9, 2026**

16    Last Day to Serve Initial Expert Reports: **January 9, 2026**

17    Last Day to Serve Rebuttal Expert Reports: **January 27, 2026**

18    Last Day to Conduct Settlement Proceedings: **February 9, 2026**

19    Expert Discovery Cutoff: **March 6, 2026**

20    Last Day to File Daubert Motions: **March 13, 2026**

21    Last Day to File Motions in Limine **May 1, 2026**

22    Final Pretrial Conference (10:30 a.m.): **May 29, 2026**

23    Preliminary Trial Estimate:1 **5-7 days**

24    2) On or before January 9, 2026, Defendants will be disclosing Kenneth L.

25    Hubbs as an expert witness in this case.

26    3) Defendants recently learned that Mr. Hubbs will be out of the country and

27    unavailable from January 3, 2026 until February 2, 2026.

28

**2**

**FIRST STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER AS
TO THE REBUTTAL EXPERT REPORTS ONLY**

4) During his absence, Mr. Hubbs will be unable to assess any reports from Plaintiff's experts or to draft any rebuttal reports, if needed, thus making the January 27, 2026 Rebuttal Expert Report deadline not feasible.

5) As such, the parties respectfully request that the Scheduling Order be modified so that the Rebuttal Expert Reports deadline is changed from January 27, 2026 to February 13, 2026.

6) Further, Defendants intend on filing a Motion for Summary Judgment on or around the motion filing deadline of January 9, 2025.

7) Plaintiff's counsel will be engaged in pretrial filings and scheduled depositions the following week such that Plaintiff contends Plaintiff's counsel requires additional time to draft and file any opposition to Defendants' Motion for Summary Judgment.

8) Accordingly, the parties agree and stipulate that Plaintiff may have two weeks to file any opposition to Defendants' Motion for Summary Judgment, such that any opposition will be due no earlier than January 23, 2026. Defendants shall notice the hearing date for their Motion for Summary Judgment to accommodate the two-week briefing schedule for Plaintiff's opposition.

///
///
///
///
///
///
///
///
///
///

**3**

**FIRST STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER AS TO THE REBUTTAL EXPERT REPORTS ONLY**

6) This is the parties' first request for modification of the Scheduling Order.

**IT IS SO STIPULATED.**

DATED: December 19, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: *_/s/ Edward J. Southcott_*

**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**AYAKO W. PETERS**
Attorneys for Defendants
COUNTY OF SAN BERNARDINO,
GARRETT VAIRIN, DESHAUN JONES,
CAMERON STANLEY, SERGIO
RAMIREZ, FRANCISCO DEMARA,
AMINIDAB QUEZADA, ALEJANDRO
QUEZADA, and TRAVIS ESQUIVEL

DATED: December 19, 2025

**LAW OFFICES OF DALE K. GALIPO**

By: *_/s/ Hang D. Le_*

**DALE K. GALIPO, ESQ.**
**HANG D. LE, ESQ.**
Attorneys for Plaintiff
JAMES WRIGHT

///
///
///
///
///
///

**4**
**FIRST STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER AS TO THE REBUTTAL EXPERT REPORTS ONLY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all parties concur in the content of this filing and have authorized this filing.

DATED: December 19, 2025

**LYNBERG & WATKINS**
A Professional Corporation


By:   */s/ Edward J. Southcott*
 _____
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**AYAKO W. PETERS**
Attorneys for Defendants
COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL

**FIRST STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER AS TO THE REBUTTAL EXPERT REPORTS ONLY**