**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL<br><br>　　　　Defendants. | CASE NO. 5:24-cv-1123-JLS-JC<br><br>*Assigned for All Purposes to:*<br>*Honorable Josephine L. Staton*<br>*Courtroom 8A*<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO MODIFY THE SCHEDULING ORDER AS TO THE REBUTTAL EXPERT REPORTS ONLY AND GRANTING PLAINTIFF ADDITIONAL TIME TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>*Trial: None Set*<br><br>Complaint Filed:　May 28, 2024<br>FAC Filed:　　　July 29, 2024<br>SAC Filed:　　　November 7, 2024<br>TAC Filed:　　　May 7, 2025 |

///

///

///

///

///

1

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and for good cause shown, the Court modifies its Scheduling Order so that Rebuttal Expert Reports are due February 13, 2026. All other dates in the Court's March 14, 2025 Scheduling Order will remain the same.

Further, Plaintiff may have two weeks to file any opposition to Defendants' Motion for Summary Judgment, such that any opposition will be due no earlier than January 23, 2026.

**IT IS SO ORDERED.**

DATED: _____

**HONORABLE JOSEPHINE L. STATON**
United States District Court Judge