UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL<br><br>　　　　Defendants. | CASE NO. 5:24-cv-1123-JLS-JC<br><br>**ORDER GRANTING FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER AS TO THE REBUTTAL EXPERT REPORTS ONLY (Doc. 55)** |

Pursuant to the First Stipulation of the Parties to Modify the Scheduling Order as to the Rebuttal Expert Reports Only (Doc. 55), the Court GRANTS the Stipulation and modifies its Scheduling Order so that Rebuttal Expert Reports are due **February 13, 2026**. All other dates in the Court's March 14, 2025 Scheduling Order (Doc. 33) will remain the same.

Further, Plaintiff may have at least **two (2) weeks** to file any opposition to any Motion for Summary Judgment filed by Defendant, such that any opposition will be due no earlier than **January 23, 2026**.

DATED: December 22, 2025

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE