SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
EDWARD J. SOUTHCOTT (SBN 305701)
esouthcott@lynberg.com
AYAKO W. PETERS (SBN 312156)
apeters@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA; TRAVIS ESQUIVEL and ALEJANDRO QUEZADA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT, | CASE NO. 5:24-cv-1123-JLS-JC |
| Plaintiff, | *Assigned for All Purposes to: Honorable Josephine L. Staton Courtroom 8A* |
| vs. | |
| COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL | **STIPULATION TO DISMISS ALL PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS, EXCEPT PLAINTIFF'S SECOND CLAIM FOR 42 U.S.C. § 1983 – EXCESSIVE FORCE AGAINST DEFENDANT DESHAUN JONES** |
| Defendants. | *Trial: None Set* |
| | *Complaint Filed: May 28, 2024*<br>*FAC Filed:       July 29, 2024*<br>*SAC Filed:       November 7, 2024*<br>*TAC Filed:       May 7, 2025* |

WHEREAS, Plaintiff JAMES WRIGHT ("Plaintiff"), initiated the above-captioned case against Defendants COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL ("County Defendants") on or about May 28, 2024 (Dkt. 1).

1

**STIPULATION TO DISMISS ALL PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS, EXCEPT PLAINTIFF'S SECOND CLAIM FOR 42 U.S.C. § 1983 – EXCESSIVE FORCE AGAINST DEFENDANT DESHAUN JONES**

1    WHEREAS, Plaintiffs filed their Third Amended Complaint, the operative complaint on May 7, 2025 (Dkt. 40).

WHEREAS, County Defendants sent a meet and confer letter to Plaintiffs on December 19, 2025 regarding their intent to file a Motion for Summary Judgment. Counsel for Plaintiff and County Defendants thereafter engaged in a telephonic meet and confer conference on January 5, 2026.

As a result, on January 6, 2026, Plaintiff agreed to dismiss Plaintiff's First Claim for Detention and Arrest pursuant to 42 U.S.C. § 1983, Third Claim for Denial of Medical Care pursuant to 42 U.S.C. § 1983, Fourth Claim for Municipal Liability – Inadequate Training pursuant to 42 U.S.C. § 1983, and Fifth Claim for Municipal Liability – Unconstitutional Custom or Policy pursuant to 42 U.S.C. § 1983 against all County Defendants. Plaintiff also agreed to dismiss Plaintiff's Second Claim for Excessive Force pursuant to 42 U.S.C. § 1983 against Garrett Vairin, Cameron Stanley, Sergio Ramirez, Francisco Demara, Aminidab Quezada, Alejandro Quezada, And Travis Esquivel.

WHEREAS, in exchange for the dismissals above, County Defendants agreed not to file a Motion for Summary Judgment/Adjudication regarding the sole remaining claim of Excessive Force pursuant to 42 U.S.C. § 1983 against Defendant Deshaun Jones.

The parties hereto, by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff's First Claim for Detention and Arrest (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.
2. Plaintiff's Second Claim for Excessive Force (42 U.S.C. § 1983) is dismissed against Garrett Vairin, Cameron Stanley, Sergio Ramirez, Francisco Demara, Aminidab Quezada, Alejandro Quezada, and Travis Esquivel only with prejudice.

2
**STIPULATION TO DISMISS ALL PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS, EXCEPT PLAINTIFF'S SECOND CLAIM FOR 42 U.S.C. § 1983 – EXCESSIVE FORCE AGAINST DEFENDANT DESHAUN JONES**

3. Plaintiff's Third Claim for Denial of Medical Care (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

4. Plaintiff's Fourth Claim for Municipal Liability – Inadequate Training (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

5. Plaintiff's Fifth Claim for Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

6. Defendant Deshaun Jones will not seek summary judgment or adjudication on Plaintiff's Second Claim for Excessive Force (42 U.S.C. § 1983) against him. Plaintiff's Second Claim for Excessive Force (42 U.S.C. § 1983) against Defendant Deshaun Jones remains an active claim in the operative pleading.

7. Each party shall bear their own costs and fees associated with the dismissal of these claims.

**IT IS SO STIPULATED**.

DATED: January 7, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Edward J. Southcott*
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**AYAKO W. PETERS**
Attorneys for Defendants
COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL

**STIPULATION TO DISMISS ALL PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS, EXCEPT PLAINTIFF'S SECOND CLAIM FOR 42 U.S.C. § 1983 – EXCESSIVE FORCE AGAINST DEFENDANT DESHAUN JONES**

| | |
|---|---|
| DATED: January 7, 2026 | **LAW OFFICES OF DALE K. GALIPO** |
| | By: */s/ Hang D. Le* |
| | **DALE K. GALIPO, ESQ.** |
| | **HANG D. LE, ESQ.** |
| | Attorneys for Plaintiff |
| | JAMES WRIGHT |

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all parties concur in the content of this filing and have authorized this filing.

Dated: January 7, 2026

                                        */s/ Edward J. Southcott*
                                        **EDWARD J. SOUTHCOTT**