**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WRIGHT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL<br><br>　　　　Defendants. | CASE NO. 5:24-cv-1123-JLS-JC<br><br>*Assigned for All Purposes to:*<br>*Honorable Josephine L. Staton*<br>*Courtroom 8A*<br><br>**[PROPOSED] ORDER DISMISSING CLAIMS**<br><br>*Trial: None Set*<br><br>Complaint Filed: May 28, 2024<br>FAC Filed:　　　July 29, 2024<br>SAC Filed:　　　November 7, 2024<br>TAC Filed:　　　May 7, 2025 |

　　　This cause coming to be heard on the stipulation of the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for voluntary dismissal, with prejudice, of certain claims in Plaintiff's Third Amended Complaint (Dkt. 40), the parties being in agreement and the Court being advised of the premises of this Order, the Court hereby orders:

　　　1.　　Plaintiff's First Claim for Detention and Arrest (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

　　　2.　　Plaintiff's Second Claim for Excessive Force (42 U.S.C. § 1983) is dismissed against Garrett Vairin, Cameron Stanley, Sergio Ramirez,

Francisco Demara, Aminidab Quezada, Alejandro Quezada, and Travis Esquivel with prejudice. Plaintiff's Second Claim for Excessive Force (42 U.S.C. § 1983) against Deshaun Jones has not been dismissed and remains an active claim in the operative pleading.

3. Plaintiff's Third Claim for Denial of Medical Care (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

4. Plaintiff's Fourth Claim for Municipal Liability – Inadequate Training (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

5. Plaintiff's Fifth Claim for Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

6. Each party shall bear their own costs and fees associated with the dismissal of these claims.

**IT IS SO ORDERED.**

DATED: _____          _____
                                  HONORABLE JOSEPHINE L. STATON
                                  United States District Judge