# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL<br><br>    Defendants. | CASE NO. 5:24-cv-1123-JLS-JC<br><br>**ORDER GRANTING STIPULATION TO DISMISS ALL OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS, EXCEPT PLAINTIFF'S SECOND CLAIM AGAINST DEFENDANT DESHAUN JONES (Doc. 57)** |

Having considered the Stipulation (Doc. 57) of Plaintiff James Wright and Defendants County of San Bernardino, Garrett Vairin, Deshaun Jones, Cameron Stanley, Sergio Ramirez, Francisco Demara, Aminidab Quezada, Alejandro Quezada, and Travis Esquivel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for voluntary dismissal with prejudice, of certain claims in Plaintiff's Third Amended Complaint (Doc. 40), the Court hereby ORDERS:

    1.    Plaintiff's First Claim for Detention and Arrest (42 U.S.C. § 1983) is

1 | dismissed against all defendants with prejudice.

2. Plaintiff's Second Claim for Excessive Force (42 U.S.C. § 1983) is dismissed against Garrett Vairin, Cameron Stanley, Sergio Ramirez, Francisco Demara, Aminidab Quezada, Alejandro Quezada, and Travis Esquivel with prejudice. Plaintiff's Second Claim for Excessive Force (42 U.S.C. § 1983) against Deshaun Jones has not been dismissed and remains an active claim in the operative pleading.

3. Plaintiff's Third Claim for Denial of Medical Care (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

4. Plaintiff's Fourth Claim for Municipal Liability – Inadequate Training (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

5. Plaintiff's Fifth Claim for Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983) is dismissed against all defendants with prejudice.

6. Each party shall bear their own costs and fees associated with the dismissal of these claims.

DATED: January 12, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE