| | |
|---|---|
| SHANNON L. GUSTAFSON (SBN 228856)<br>sgustafson@lynberg.com<br>EDWARD J. SOUTHCOTT (SBN 305701)<br>esouthcott@lynberg.com<br>AYAKO W. PETERS (SBN 312156)<br>apeters@lynberg.com<br>**LYNBERG & WATKINS**<br>A Professional Corporation<br>1100 W. Town & Country Road, Suite 1450<br>Orange, California 92868<br>(714) 937-1010 Telephone<br>(714) 937-1003 Facsimile<br><br>Attorneys for Defendant DESHAUN JONES | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL<br><br>　　　　Defendants. | CASE NO. 5:24-cv-1123-JLS-JC<br><br>*Assigned for All Purposes to:*<br>*Honorable Josephine L. Staton*<br>*Courtroom 8A*<br><br>**DECLARATION OF SHANNON L. GUSTAFSON IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT RICHARD BRYCE**<br><br>Date:　　　April 10, 2026<br>Time:　　　10:30 a.m.<br>Ctrm.:　　　8A<br><br>*Trial:*　　　None Set<br><br>*Complaint Filed:* May 28, 2024<br>*FAC Filed:*　　July 29, 2024<br>*SAC Filed:*　　November 7, 2024<br>*TAC Filed:*　　May 7, 2025 |

///

///

///

///

---

**1**
**DECLARATION OF SHANNON L. GUSTAFSON**

**DECLARATION OF SHANNON L. GUSTAFSON**

I, Shannon L. Gustafson, do state and declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a shareholder in the law firm of Lynberg & Watkins, P.C., attorneys of record for Defendant Deshaun Jones in the above-captioned matter.

2. I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so.

3. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Expert Richard Bryce's Rule 26 Report dated January 9, 2025.

4. Plaintiff's Expert Richard Bryce was deposed on March 9, 2026.

5. Attached hereto as Exhibit "B" is a true and correct copy of the rough draft transcript of Plaintiff's Expert Richard Byrce's March 9, 2026 deposition. Due to the filing deadline for his Motion, a certified transcript of the deposition is not yet available. Although the rough draft is not intended for use in court, it is the best option available, and as to the portions cited, they are consistent with my recollection of Mr. Bryce's deposition testimony.

6. Attached hereto as Exhibit C is a true and correct copy of Peace Officer Standards and Training (POST) Basic Course Workbook Series Learning Domain 20.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that this declaration was made and executed this 13th day of March 2026 in Orange, California.

*/s/ Shannon L. Gustafson*
_____
SHANNON L. GUSTAFSON
Declarant