**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WRIGHT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL<br><br>　　　　Defendants. | CASE NO. 5:24-cv-1123-JLS-AYP<br><br>*Assigned for All Purposes to: Honorable Josephine L. Staton*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT RICHARD BRYCE**<br><br>*Trial:*　　　None Set<br><br>Complaint Filed: May 28, 2024<br>FAC Filed:　　July 29, 2024<br>SAC Filed:　　November 7, 2024<br>TAC Filed:　　May 7, 2025 |

///
///
///
///
///
///
///

**[PROPOSED] ORDER**

On March 13, 2026, Defendant Deshaun Jones filed his Motion to exclude Plaintiff's expert, Richard Bryce's opinions, testimony, and reports regarding less lethal beanbag shotguns and any opinion that deploying a less lethal beanbag shotgun from less than the recommended distance constitutes deadly force or substantially increases the risk of serious injury or death. Further, that Plaintiff's counsel be precluded from referring to, or using any pleading, testimony, remarks, questions, or arguments which might inform the jury of Mr. Bryce's opinions or reports as to those subjects.

The Court, having considered Defendant's Motion, all moving papers, evidence, and any oral argument associated therewith and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

Richard Bryce's opinions, testimony, and reports regarding less lethal beanbag shotguns and any opinion that deploying a less lethal beanbag shotgun from less than the recommended distance constitutes deadly force or substantially increases the risk of serious injury or death are excluded. Further, Plaintiff's counsel is precluded from referring to, or using any pleading, testimony, remarks, questions, or arguments which might inform the jury of Mr. Bryce's opinions or reports as to those subjects.

**IT IS SO ORDERED.**

DATED:

**HONORABLE JOSEPHINE L. STATON**
United Stated District Court Judge