LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (SBN 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES WRIGHT,

       Plaintiff,

     vs.

COUNTY OF SAN BERNARDINO;
TRAVIS ESQUIVEL; ALEJANDRO
QUEZADA; SERGIO RAMIREZ;
AMINIDAB QUEZADA; FRANCISCO
DEMARA; DESHAUN JONES;
CAMERON STANLEY; GARRETT
VAIRIN; and DOES 9-10, inclusive,

       Defendants.

Case No. 5:24-cv-01123-JLS-JC

**DECLARATION OF HANG D. LE**

## **DECLARATION OF HANG D. LE**

I, Hang D. Le, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the United States District Court for the Central District of California. I make this Declaration in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Certain Opinions of Plaintiff's Expert Richard Bryce. I am personally familiar with the matters stated herein and could testify competently thereto if called.

2.      Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant portions of the March 3, 2026 Deposition of Kenneth Hubbs.

3.      Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the October 2, 2025 Deposition of Deshaun Jones.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 20th day of March 2026, in Los Angeles, California.

_____
Hang D. Le

-2-
DECLARATION OF HANG D. LE