SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
EDWARD J. SOUTHCOTT (SBN 305701)
esouthcott@lynberg.com
AYAKO W. PETERS (SBN 312156)
apeters@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant DESHAUN JONES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JAMES WRIGHT, | CASE NO. 5:24-cv-1123-JLS-AYP |
|---|---|
| Plaintiff, | *Assigned for All Purposes to:*<br>*Honorable Josephine L. Staton*<br>*Courtroom 8A*<br>*Magistrate Judge: Anna Y. Park* |
| vs. | |
| COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL | **NOTICE OF SETTLEMENT**<br><br>*Trial: None Set* |
| Defendants. | *Complaint Filed: May 28, 2024*<br>*FAC Filed:      July 29, 2024*<br>*SAC Filed:      November 7, 2024*<br>*TAC Filed:      May 7, 2025* |

**TO THE HONORABLE COURT:**

Defendant DESHAUN JONES, by and through his attorneys of record, Lynberg & Watkins, P. C., and Plaintiff JAMES WRIGHT, by and through his attorney of record, Law Office of Dale K. Galipo, (the "Parties") hereby provide notice to the Court, consistent with Local Rules 16-15.7 and 40.2, that the parties have settled this matter with respect to all claims for relief, inclusive of attorney's fees, costs, and liens.

Considering the Parties' settlement, the Parties respectfully request that the

**1**
**NOTICE OF SETTLEMENT**

Court refrain from ruling on Defendant's Motion to Exclude Certain Opinions of Plaintiff's Expert Richard Bryce set for April 10, 2026 at 1:30 p.m. and to further vacate all dates. The Parties anticipate filing the dismissal within sixty (60) days once the settlement documents are finalized and payment is made.

**IT IS SO STIPULATED**.

DATED: April 7, 2026

**LYNBERG & WATKINS**
A Professional Corporation


By: */s/ Edward J. Southcott*
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**AYAKO W. PETERS**
Attorneys for Defendant
DESHAUN JONES


DATED: April 7, 2026

**LAW OFFICES OF DALE K. GALIPO**


By: */s/ Hang D. Le*
**DALE K. GALIPO, ESQ.**
**HANG D. LE, ESQ.**
Attorneys for Plaintiff
JAMES WRIGHT


## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all parties concur in the content of this filing and have authorized this filing.

Dated: April 7, 2026

*/s/ Edward J. Southcott*
**EDWARD J. SOUTHCOTT**