# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL<br><br>Defendants. | CASE NO. 5:24-cv-1123-JLS-AYP<br><br>*Assigned for All Purposes to:*<br>*Honorable Josephine L. Staton*<br><br>**[PROPOSED] ORDER VACATING FUTURE DATES**<br><br>*Trial:*          *None Set*<br><br>*Complaint Filed: May 28, 2024*<br>*FAC Filed:       July 29, 2024*<br>*SAC Filed:       November 7, 2024*<br>*TAC Filed:       May 7, 2025* |

///

///

///

///

///

///

///

**1**
**[PROPOSED] ORDER**

## [PROPOSED] ORDER

Based on the Notice of Settlement filed by the Parties on April 7, 2026, all future dates are vacated, including the hearing calendared for April 10, 2026 at 1:30 pm on Defendant's Motion to Exclude Certain Opinions of Plaintiff's Expert Richard Bryce.

**IT IS SO ORDERED.**

DATED:

**HONORABLE JOSEPHINE L. STATON**
United Stated District Court Judge