JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL<br><br>        Defendants. | CASE NO. 5:24-cv-1123-JLS-AYP<br><br>**ORDER VACATING FUTURE DATES BASED ON NOTICE OF SETTLEMENT** |

Based on the Notice of Settlement filed by the Parties on April 7, 2026 (Doc. 63), all future dates are vacated, including the hearing calendared for April 10, 2026 on Defendant's Motion to Exclude Certain Opinions of Plaintiff's Expert Richard Bryce (Doc. 60), and the case is removed from the Court's active calendar. The

parties shall file their dismissal no later than 60 days from the issuance of this Order.

DATED: April 7, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2