SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
EDWARD J. SOUTHCOTT (SBN 305701)
esouthcott@lynberg.com
AYAKO W. PETERS (SBN 312156)
apeters@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant DESHAUN JONES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WRIGHT, | CASE NO. 5:24-cv-1123-JLS-AYP |
| Plaintiff, | *Assigned for All Purposes to:*<br>*Honorable Josephine L. Staton*<br>*Courtroom 8A*<br>*Magistrate Judge: Anna Y. Park* |
| vs. | |
| COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | *Complaint Filed: May 28, 2024*<br>*FAC Filed:      July 29, 2024*<br>*SAC Filed:      November 7, 2024*<br>*TAC Filed:      May 7, 2025* |

///
///
///
///
///
///
///
///

**1**
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the dismissal of Defendant, DESHAUN JONES, in the above-captioned action, with prejudice. Each side is to bear its own fees and costs incurred in this matter.

IT IS SO STIPULATED.

DATED: June 5, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Edward J. Southcott*
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**AYAKO W. PETERS**
Attorneys for Defendant
DESHAUN JONES

DATED: June 5, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Hang D. Le*
**DALE K. GALIPO, ESQ.**
**HANG D. LE, ESQ.**
Attorneys for Plaintiff
JAMES WRIGHT

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all parties concur in the content of this filing and have authorized this filing.

Dated: June 5, 2026

*/s/ Edward J. Southcott*
**EDWARD J. SOUTHCOTT**

**2**
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**