# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAMES WRIGHT,

          Plaintiff,

      vs.

COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL

          Defendants.

CASE NO. 5:24-cv-1123-JLS-AYP

*Assigned for All Purposes to:*
*Honorable Josephine L. Staton*
*Courtroom 8A*
*Magistrate Judge: Anna Y. Park*

**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE**

*Trial: None Set*

*Complaint Filed: May 28, 2024*
*FAC Filed:       July 29, 2024*
*SAC Filed:       November 7, 2024*
*TAC Filed:       May 7, 2025*

The parties having so stipulated and good cause appearing, it is hereby ordered as follows:

1.    Defendant DESHAUN JONES, in the above captioned case, is hereby DISMISSED WITH PREJUDICE;

2.    All parties shall bear their own attorney's fees and costs in this action; and

///

**1**
**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE**

3.      The Parties have waived and foregone any rights to appeal with respect to any issues, ruling, or orders in this action.

DATED: _____        _____
HONORABLE JOSEPHINE L. STATON
Judge of the United States District Court

**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE**