JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WRIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, GARRETT VAIRIN, DESHAUN JONES, CAMERON STANLEY, SERGIO RAMIREZ, FRANCISCO DEMARA, AMINIDAB QUEZADA, ALEJANDRO QUEZADA, and TRAVIS ESQUIVEL<br><br>        Defendants. | CASE NO. 5:24-cv-1123-JLS-AYP<br><br>**ORDER DISMISSING DEFENDANT DESHAUN JONES WITH PREJUDICE** |

The parties having filed a Joint Stipulation for Dismissal with Prejudice (Doc. 65), and good cause appearing, it is hereby ORDERED as follows:

1.    Defendant DESHAUN JONES, in the above captioned case, is hereby DISMISSED WITH PREJUDICE; and

2.    All parties shall bear their own attorney's fees and costs in this action.

DATED: June 10, 2026

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE